# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **NAJA HAWK** <br> **Plaintiff,** <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS INC and TRANS UNION LLC** <br> **Defendants.** | ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:25-cv-00141-VMC-RDC <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to claims of Plaintiff against Equifax Information Services LLC in this matter. Plaintiff, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

DATED: April 8, 2025

                                                         Respectfully Submitted:

                                                         By: /s/ Naja I. Hawk
                                                         **NAJA I. HAWK**
                                                         GA Bar Number: 916396
                                                         Pleadings@thehawklegal.com

The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308
Phone: (404) 439-9310
***Counsel for Plaintiff***

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By: /s/ Naja I. Hawk
 **NAJA I. HAWK**
Pleadings@thehawklegal.com
GA Bar Number: 916396

The Hawk Legal Collective
730 Peachtree Street NE, #570
Atlanta, GA 30308

Phone: (404) 439-9310

*Counsel for Plaintiff*